UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GARY L. LUCAS,

    Petitioner,

-vs-                                  Case No. 6:09-cv-1554-Orl-35GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____/

**ORDER**

This case is before the Court on the following motions:

1.

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 26)** |
| **FILED:** | April 18, 2011 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.

> **MOTION:** **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABLITY (Doc. No. 24)**
>
> **FILED:** April 18, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

This Court should grant an application for a certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

3.

> **MOTION:** **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 28)**
>
> **FILED:** April 28, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. *See* Paragraph 1 above.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 19th day of May 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

2

Copies to:
OrlP-2 5/19
Counsel of Record
Gary L. Lucas